UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN Re:<br><br>MARIA A ERAZO PEREZ<br><br>XXX-XX-9932<br><br>DEBTOR (S) | Case No. 11-07176-ESL<br><br>CHAPTER 13 |

**NOTICE OF CLOSING 341 CREDITORS MEETING
AFTER PROVIDING
EVIDENCE OF COMPLIANCE WITH 11 U.S.C. § 1308**

**TO THE HONORABLE COURT:**

**NOW COMES** José R. Carrión, Standing Chapter 13 Trustee (hereinafter, the "Trustee"), through the undersigned attorney, and very respectfully alleges and informs:

1. The Section 341 Creditors Meeting in this case was held on **September 28, 2011.** After the relevant inquiry, the Trustee decided to hold the meeting open pending Debtor(s) remittance of evidence of applicable tax returns for all taxable periods during the 4-year period ending on the date of the filing of the petition, in compliance with 11 U.S.C. §1308.

2. Through this notice the Trustee CLOSES the Section 341 meeting and certifies that debtor(s) provided evidence of filing the applicable tax returns in compliance with 11 U.S.C. §1308.

**WHEREFORE,** for the reasons herein stated the Trustee respectfully informs this Honorable Court, all creditors and parties in interest of the **CLOSING of the 341.**

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee certifies a copy of this motion has been served by regular U.S. Mail on this same date to: the DEBTOR(s) and her/his/their attorney and all Creditors and Parties in Interest to their respective addresses of record as they appear in the attached master address list to the address of record, if any are not registered CM/ECF system participants.

In San Juan, Puerto Rico this, October 12, 2011.

/s/ Jose R. Carrion
Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884
San Juan, PR 00902
Tel.(787)977-3535
Fax (787)977-3550

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| MARILYN VALDES ORTEGA*<br>PO BOX 195596<br>HATO REY, PR 00919-5596 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | MARIA A ERAZO PEREZ<br>EL COQUI II<br>C 2 CALLE 4<br>CATANO, PR 00962 |
| COOPACA<br>PO BOX 1056<br>ARECIBO, PR 00613-1056 | DEPARTAMENTO DEL TRABAJO<br>AVE. MUOZ RIVERA 505<br>HATO REY, PR 00918 |
| ASOCIACION EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | FEDERAL LITIGATION DEPT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 |
| AAA<br>PO BOX 70101<br>SAN JUAN, PR 00936-8101 | FIRST BANK<br>PO BOX 19327<br>SAN JUAN, PR 00910-1427 |
| EUROBANK<br>PO BOX 191009<br>SAN JUAN, PR 00919-1009 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424 B<br>SAN JUAN, PR 00902-4140 |
| MARILYN VALDES ORTEGA*<br>PO BOX 195596<br>HATO REY, PR 00919-5596 | EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 | PR ACQUISITIONS LLC<br>250 MUNOZ RIVERA AVENUE SUITE 1200<br>HATO REY, PR 00918 |
| ISLAND FINANCE<br>130 EXP. MARTINEZ NADAL 103<br>GUAYNABO, PR 00969 | COOP A/C DEPARTAMENTO AGRICULTURA<br>PO BOX 10168<br>SAN JUAN, PR 00908-1163 |
| RETIREMENT<br><br>, PR 00000 | COOP A/C ARECIBO<br>C/O LUIS A LOPEZ LOPEZ LAW<br>7 CALLE PABLO CASALS<br>MAYAGUEZ, PR 00680 |

```
AEE
PUERTO RICO ELECTRIC POWER AHTHORITY
PO BOX 71524
SAN JUAN, PR   00936-8624
```

```
MARIA A ERAZO PEREZ
EL COQUI II
C 2 CALLE 4
CATANO, PR   00962
```

```
,    00000
```

```
ALFREDO MALDONADO

BAYAMON, PR   00000
```