# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE:                              | CASE NUM.: 11-07176 ESL   |
|-------------------------------------|---------------------------|
| MARIA A. ERAZO PEREZ<br>    DEBTOR(S) | CHAPTER 13 (ASSET CASE)   |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby a certificate that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 10/13/2011**.

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 13th, day of October 2011.

**RESPECTFULLY SUBMITTED.**

*/S/MARILYN VALDES ORTEGA*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:  Case No. **11-07176-ESL**

**ERAZO PEREZ, MARIA A**  Chapter **13**

Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **10/13/2011**  
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| | | | | |
|---|---|---|---|---|
| $ | 400.00 x | 12 = $ | 4,800.00 |
| $ | 500.00 x | 18 = $ | 9,000.00 |
| $ | 650.00 x | 19 = $ | 11,400.00 |
| $ | 720.00 x | 11 = $ | 7,920.00 |
| $ | x | = $ | |

TOTAL: $ **33,120.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **33,120.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,849.00**

Signed: _[signature]_ Debtor

Joint Debtor _[signature]_

Attorney for Debtor _Marilyn Valdes Ortega Law Offices_ _[signature]_

CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR  $ _____  
B. SECURED CLAIMS:  
☐ Debtor represents no secured claims.  
☑ Creditors having secured claims will retain their liens and shall be paid as follows:  
1. ☐ Trustee pays secured ARREARS:  
Cr. _____ Cr. _____ Cr. _____  
# _____ # _____ # _____  
$ _____ $ _____ $ _____  
2. ☑ Trustee pays IN FULL Secured Claims:  
Cr. **FIRST BANK** Cr. _____ Cr. _____  
# _____ # _____ # _____  
$ **22,993.37** $ _____ $ _____  
3. ☐ Trustee pays VALUE OF COLLATERAL:  
Cr. _____ Cr. _____ Cr. _____  
# _____ # _____ # _____  
$ _____ $ _____ $ _____  
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:  
**AEELA**    **COOP A/C DEPARTA**    **COOPACA**  
5. ☐ Other:  
6. ☐ Debtor otherwise maintains regular payments directly to:

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)  
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.  
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other:  
☐ Paid 100% / ☐ Other:  
Cr. _____ Cr. _____ Cr. _____  
# _____ # _____ # _____  
$ _____ $ _____ $ _____  
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*  
TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.

FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).

INSURANCE TO FIRST BANK THROUGH EASTERN AMERICA INSURANCE CO. AT THE END OF SALES CONTRACT THE LIENHOLDER HAS BEEN SATISFIED BY MATURITY DATE FEBRUARY 2016.

ADEQUATE PROTECTION PAYMENT TO FIRST BANK UNTIL CONFIRMATION 250.00 TO BE PAID BY TRUSTEE MONTHLY.

Phone: **(787) 758-4400**

IN RE ERAZO PEREZ, MARIA A                                    Case No. **11-07176-ESL**
                              Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

|                                   | Cr                  | # | $ |
|-----------------------------------|---------------------|---|---|
| **Executory Contracts - Assumed:** | **ALFREDO MALDONA** |   |   |

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**11-07176-ESL13 Notice will be electronically mailed to:**

JOSE RAMON CARRION MORALES
newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

MARILYN VALDES ORTEGA on behalf of Debtor
valdeslaw@prtc.net

**I HEREBY CERTIFY**: That I have mailed by regular mail to all creditors listed.

**11-07176-ESL13 Notice will not be electronically mailed to:**

AAA
PO BOX 70101
SAN JUAN, PR   00936-8101

AEE
PUERTO RICO ELECTRIC POWER AHTHORITY
PO BOX 71524
SAN JUAN, PR   00936-8624

AEELA
P.O. BOX 364508
SAN JUAN, PR   00936-4508

BANCO POPULAR DE PR
PO BOX 36-6818
SAN JUAN, PR   00936-6818

COOP A/C DEPARTAMENTO AGRICULTURA
PO BOX 10168
SAN JUAN, PR   00908-1163

COOPACA
PO BOX 1056
ARECIBO, PR   00613-1056

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR   00902-4140

DEPARTAMENTO DEL TRABAJO
AVE. MUÑOZ RIVERA 505
HATO REY, PR   00918

EUROBANK
PO BOX 191009
SAN JUAN, PR   00919-1009

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR   00902-0192

FIRST BANK
PO BOX 19327
SAN JUAN, PR   00910-1427

ISLAND FINANCE
130 EXP. MARTINEZ NADAL 103
GUAYNABO, PR   00969